DISTRICT JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONATO VALLE VEGA, | NO. CV. 15-5792RBL |
| Defendant-Petitioner, | |
| vs. | CITATION OF ADDITIONAL AUTHORITY (NEW CASE) PERTAINING TO DEFENDANT'S MOTION FOR NEW COUNSEL. |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Respondent. | |

The petitioner, Donato Valle Vega, by and through his attorney Timothy Lohraff, respectfully submits the newly decided case of *United States v. Guadalupe Velazquez*, No. 14-10311 (9th Cir. May 1, 2017) in support of defendant's motion for appointment of new counsel.

DATED this day of 2nd day of May, 2017.

Respectfully submitted,

*s/Timothy R. Lohraff*
WSBA # 32145
Attorney for Donato Vega
Law Office of Timothy Lohraff, P.S.
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206)-940-6523
Lohrafflaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties associated with this case.

*s/Timothy R. Lohraff*