United States District Court
Western District of Washington
at Tacoma



Judge: Ronald B. Leighton

| United States of America | Case No. 3:15-cv-05792 RBL |
| Plaintiff | Motion to Compel the counsel |
| V. | to comply with his duty under |
| | Sixth amendment rights and |
| Donate Valle Vega | rule 6(a) discovery request in |
| Defendant | 2255 |

Comes now the Petitioner Mr. Valle Vega, respectfully request to this honorable court to compel to the counsel Mr. Timothy Lohraff, that comply with his duty under sixth amendment right that comply with the Proceeding of the motion, Under 28 U.S.C 2255, and the Proceding for request discovery rule 6(a).

## Second Complaint

The Petitioner argues that Mr. Timothy was appointed by the court in, 6-23-2016, docket #11, the Petitioner already put in record an complaint to Mr. Timothy, See docket #25 about this poor interest and slow work in the Proceeding of this case now the Petitioner argues that Mr. Timothy have little interest in compel to the government to realase the discovery request in the record, See docket #20,30 also the Petitioner argues that Mr. Timothy not provide to the Petitioner the material that the government Providing to Mr. Timothy in june, the government only provide recording call

#2

of september 2010, and another calls, see exhibit #1, also the Petitioner is bothered with Mr. Timothy, because Mr. Timothy did not take the trouble of invistigate for seven monts the extradition of Agustin flores Apodaca and another two individual, indictment made in May-2-2012, in the district of Columbia, the Petitioner made this request to Mr. Timothy in december of 2016, in Person on legal Visit and Subsequent in January and febraury and april, befero that the Petitioner discovery the exhibit #2, also the Petitioner is bothered because Mr. Timothy made Promise of legal Visit but never appear in the suppased day, (this day did not appear) See exhibit #1 also Mr. Timothy made legal Visit Without interpreter and sometimes without the file of the case, and with legal visit with short time of five minutes for that reasons the Petitioner argues that Mr. Timothy did not Put sufficient interest in the case and Proceding, and sufficient time in this case, the Petitioner argues that the court have Knowledge that this case is really complex and extensive with many issues and facts of the case and with new evidence about the extradition of Mr. Agustin flores Apodaca and Mr. Alfredo Beltran Leyva, request made by Ms. Andrea Goldbarg, and the agent Britton Boyd, and Errin Jewell with knowledge of the Prosecutor Mr. Matthew H Thomas, that Participate in an meeting in the beginning of 2012, docket #30, request #6, and See exhibit #2 finally the Petitioner clarify to this honorable court that the Petitioner did not want to withdraw Mr. Timothy Lohraff from this case, but the Petitioner whether want and request to this honorable court that compel to Mr. Timothy that comply with his Performance Under criminal Justice

#3

act Panel and Under sixth amendment right to the Petitioner of the Proceeding 28 U.S.C 2255, See Strickland V. Washington 466 U.S. 668, 688 (1984) and that comply with his duty with the right to effective assistance of Counsel.

Respectfully Submitted
by: *Donato Valle Vega* (signature)
Donato Valle Vega
20/July/2017