HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONATO VALLE VEGA,<br><br>     Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>     Respondent. | CASE NO. C15-5792RBL<br><br>ORDER DENYING MOTION FOR WITHDRAW COUNSEL FOR INEFFECTIVE ASSISTANCE |

  Petitioner Donato Valle Vega seeks for the third time to fire his attorney for ineffective assistance of counsel. In his criminal case, Mr. Valle Vega fired two lawyers because of his dissatisfaction with their services. Mr. Valle Vega is a chronic complainer and persistent denier of reality.

  This Court has closely monitored the extent to which Timothy Lohraff has gone to meet the demands of his client. Even when the Government assures the Court and the Petitioner that requested documents do not, and have not ever existed, Mr. Valle Vega blames Mr. Lohraff for the response. Mr. Lohraff has done a deep dive into the evidence and the arguments in a District Court Circuit criminal case involving Beltran Layva. Mr. Valle Vega argues that Beltran Layva

and the actions of the lawyers and investigators are material to Petitioner's § 2255 action. Mr. Lohraff will present his arguments based on the Layva action, and more, to the Court on March 8, 2018 during a day-long evidentiary hearing. His work has thus far been exemplary and he should not be replaced.

The Petitioner's motion is **DENIED**.

Dated this 8th day of December, 2017.

Ronald B. Leighton
United States District Judge